# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Alonzo Washington, Jr                                    Docket No. 5:07-CR-39-2F

### Petition for Action on Supervised Release

COMES NOW Erica W. Foy, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Alonzo Washington, Jr, who, upon an earlier plea of guilty to Felon in Possession of Ammunition, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on March 25, 2008, to the custody of the Bureau of Prisons for a term of 105 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

3. The defendant shall participate in such vocational training program as may be directed by the probation office.

4. The defendant shall cooperate in the collection of DNA as directed by the probation officer.

On September 6, 2012, pursuant to a Rule 35 Motion filed by the government, the defendant's sentence was reduced to 50 months. Alonzo Washington, Jr. was immediately released from custody on September 6, 2012, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Since Washington's release from prison, he has continued to make poor choices; he has moved several times without permission, missed numerous office appointments with the probation officer and has not been able to maintain steady employment. We feel that participation in the Moral Recognation Program (MRT), which is a cognitive behavioral program, could greatly benefit the defendant and improve is decision making skills. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Alonzo Washington
Docket No. 5:07-CR-39-2F
Petition For Action
Page 2

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/Jeffrey L. Keller<br>Jeffrey L. Keller<br>Supervising U.S. Probation Officer | /s/Erica W. Foy<br>Erica W. Foy<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: (919) 861-8660<br>Executed On: January 23, 2014 |

### ORDER OF COURT

Considered and ordered this 23rd day of January, 2014, and ordered filed and made a part of the records in the above case.

*James C. Fox*
James C. Fox
Senior U.S. District Judge